**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| AARON WALLS, #02393427, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:26-cv-60-JDK-JDL |
| | § | |
| TEXAS DEPARTMENT OF | § | |
| CRIMINAL JUSTICE, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Plaintiff Aaron Walls, a prisoner of the Texas Department of Criminal Justice, was named among more than twenty prisoners as a plaintiff in a pro se civil rights lawsuit pursuant to 42 U.S.C. § 1983 about alleged violations of his constitutional rights in prison. The case was referred to United States Magistrate Judge John D. Love for findings of fact, conclusions of law, and recommendations for disposition of the action.

On August 27, 2026, Judge Love issued a Report recommending that Plaintiff's lawsuit be dismissed without prejudice because Plaintiff failed to comply with an order of the Court. Docket No. 4. A copy of this Report was sent to Plaintiff at his last-known address. The mail was returned as "undeliverable," with a notation that Plaintiff was discharged. Docket No. 5. Plaintiff did not file objections to the Report, nor did he file a notice of a change of address.

This Court reviews the findings and conclusions of the Magistrate Judge de novo only if a party objects within fourteen days of service of the Report and

Recommendation. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court examines the entire record and makes an independent assessment under the law. *Alexander v. Verizon Wireless Servs., LLC*, 875 F.3d 243, 249 (5th Cir. 2017).

Here, Plaintiff did not file any objections. The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews the legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law"); *see also Anderson v. Munger*, 2019 WL 2929056, at *1 (E.D. Tex. July 8, 2019) (adopting the Report under similar circumstances and noting that the "Court has no duty to locate litigants").

Having reviewed the Magistrate Judge's Report and the record in this case, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Docket No. 4) as the findings of this Court. It is therefore **ORDERED** that this case is **DISMISSED** without prejudice for Plaintiff's failure to comply with an order of the Court. Any motions pending in this case are **DENIED as moot.**

So **ORDERED** and **SIGNED** this **6th** day of **October, 2026.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE